IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB - 7 2013

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

| | |
|---|---|
| CALEB RUCKER, individually and on behalf of all others similarly situated, § § § § | |
| Plaintiff, § § | |
| VS. § | NO. 4:12-CV-897-A |
| PATTERSON-UTI DRILLING COMPANY, LLC, § § § § | |
| Defendant. § | |

## ORDER UNFILING DOCUMENTS

The Court has identified the following defect in the form of the document filed January 23, 2013, by plaintiff, Caleb Rucker, titled "Consent to Join Collective Action and be Represented by the Law Office of Chris R. Miltenberger, PLLC":

**The signature of Juventino Cavazos must be an original signature, not a facsimile.**

Because of such defect, the court has determined that the document indicated above should be unfiled from the record of this action. Therefore, the court ORDERS that such document be, and is hereby, unfiled, and the Clerk is directed to note on the docket the unfiling of such document.

SIGNED February 7, 2013.

_____
JOHN McBRYDE
United States District Judge



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED
      JAN 2 3 2013
CLERK, U.S. DISTRICT COURT
By _____
              Deputy
```

| | |
|---|---|
| Caleb Rucker, individually and on behalf of all others similarly situated §§§§ Plaintiff, §§ v. §§ Patterson-UTI Drilling Company, LLC §§ Defendant §§ | Civil Action Number : 4-12CV-897-A  Jury Demanded |

## CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED BY THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC

- I, Juventino Cavazos, consent to join the above-styled lawsuit seeking damages for unpaid wages under the Fair Labor Standards Act.

- I am similarly situated to the named Plaintiff in this matter because I performed similar duties for the Defendant and was paid in the same regard as the named Plaintiff.

- I authorized the named Plaintiff to file and prosecute the above-referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims, and understand I will be bound be such decisions.

- I agree to be represented by the Law Office of Chris R. Miltenberger, PLLC counsel for the named Plaintiff.

- In the event this action gets conditionally certified and then decertified, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant.

Date: Jan. 21, 2013                              Signature: /s/ Juventino Cavazos

                                                 Printed Name: Juventino Cavazos

---

**Consent to Join**

13

Respectfully submitted,

THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC

_____
s/ Chris R. Miltenberger
BY: CHRIS R. MILTENBERGER
Texas Bar Number: 14171200
430 N. Carroll, Suite 120
Southlake, Texas 76092
(817) 296-0422
(817) 446-5062 (fax)
chris@crmlawpractice.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that on January 22, 2013, a true and correct copy of the above Consent to Join and be Represented by the Law Office of Chris R. Miltenberger, PLLC was served on counsel of record Mark J. Oberti, 723 Main Street, Suite 340, Houston Texas 77002 via US Mail and email at mark@osattorneys.com. .

_____
Chris R. Miltenberger