IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED

     MAR 1 4 2013

CLERK, U.S. DISTRICT COURT
By _____
            Deputy
```

CALEB RUCKER, individually and on behalf §
of all others similarly situated, §
§
    Plaintiff, §
§
V. §  CIVIL ACTION NO. 4:12-CV-897-A
§
PATTERSON-UTI DRILLING COMPANY §
LLC, §
§
    Defendant. §

## Final Judgment
## ~~ORDER~~ OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the Joint Stipulation of Dismissal With Prejudice came on for consideration by the Court. The Court, having considered the matter, finds and concludes that Plaintiffs Caleb Rucker, Juventino Cavazos, August Schuelke, Dustin McKague, Nick Holgate, Jerod Stickland, Matthew Schaefer, Louis Grisafi, David Christensen, Emit Drehr, Roland Jones, Christopher Derouen, Sean Poling, Danny Warren, Flint Flesher, Matthew Mauch, Dan Trujillo, and Gerald Williams ("Plaintiffs") and Defendant Patterson-UTI Drilling Company LLC ("Defendant") have agreed to settle and compromise all matters at issue between them. Therefore, IT IS ORDERED, ADJUDGED AND DECREED that all of the Plaintiffs' claims and causes of action against the Defendant are dismissed with prejudice, and that all attorneys' fees and costs of Court are to be borne by the parties incurring the same.

SIGNED THIS __14__ day of ___March___, 2013.

_____
JOHN A. MCBRYDE
UNITED STATES DISTRICT JUDGE